McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioner, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:05-cv-00258-REC-DLB |
|---|---|
| Petitioner, | **PETITIONER'S REQUEST TO DISMISS CONTEMPT PROCEEDINGS** |
| v. | |
| JEAN ANNETTE LIASCOS, | |
| Respondent. | |

THE UNITED STATES, petitioner for contempt of the I.R.S. Summons enforcement order, requests that the contempt petition be dismissed without prejudice. The reason is that the United States does not contemplate further contempt proceedings in this case. A suggested form of Order follows.

ORDER

The Petition for Contempt filed June 29, 2005, is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: May 9, 2006        /s/ ROBERT E. COYLE
                          UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28